10732, 10748.    BALLARD *et al. v.* MORGAN COUNTY *et al.;* and
*vice versà.*

SMITH, J.   1. This case, under the writ of error, was transmitted from
the superior court to the Supreme Court, and the latter court by a
formal order transferred it to this court.  From this order it necessarily
follows that in the judgment of the Supreme Court the constitutional
question attempted to be raised in the case was not properly presented.
2. Where at a special term of the superior court of Morgan county, held on
June 26, 1919, upon a petition duly filed, praying for the validation of
certain county bonds, all the proceedings appeared on their face to have
been regular, including the notice provided for by law, and the court
rendered a judgment validating the bonds, and, 16 days thereafter and
after the court had adjourned, certain persons filed a petition merely
alleging that they were tax-payers and asking that the order validating
the bonds be vacated or reopened, and that they be heard on the question
as to the regularity or irregularity of the election held to authorize the
bonds, the court did not err in dismissing the petition, on the ground
that it came too late.
*Judgment affirmed on main bill of exceptions; cross-bill dismissed.  Jenkins,*
*P. J., and Stephens, J., concur.*

DECIDED NOVEMBER 5, 1919.

Petition to vacate judgment validating bonds; from Morgan
superior court—Judge Park.   June 26, 1919.

*Samuel H. Sibley, Orrin Roberts,* for plaintiffs.
*Q. L. Williford, Doyle Campbell,* for defendants.

---

10348.    SOUTHERN RAILWAY COMPANY *v.* COLLINS.

LUKE, J.   The evidence authorized the verdict, which has the approval of
the trial judge, and for no error assigned was it error to overrule the
motion for a new trial.
*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 6, 1919.

Appeal;   from   Wayne   superior   court—Judge   Highsmith.
December 23, 1918.

*Bennet, Twitty & Reese, James W. Poppell,* for plaintiff in error.